**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| TINA DEES, o/b/o *I.M.R.*, <br> Plaintiff, | * <br> * <br> * | |
| vs. | * <br> * | CIVIL ACTION 08-00667-KD-B |
| MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendant. | * <br> * <br> * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 8, 2010, is hereby **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **28**[th] day of **January, 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**