**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TINA DEES, o/b/o *I.M.R.*,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION 08-00667-KD-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of Social Security,** | * | |
| **Defendant.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues

raised, and there having been no objections filed, the recommendation of the Magistrate Judge made

under 28 U.S.C. § 636(b)(1)(B) and dated January 8, 2010, is hereby **ADOPTED** as the opinion of

this Court.

**DONE** and **ORDERED** this the **28th** day of **January, 2010.**

/s/ Kristi K. DuBose_____
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**